## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYL SOILEAU ESTEP** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-3764** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "F" (3)** |

## REPORT AND RECOMMENDATION

Before the Court is the Motion of Plaintiff to Voluntarily Dismiss. [Doc. #14]. Having reviewed the motion,

**IT IS RECOMMENDED** that the Motion of Plaintiff to Voluntarily Dismiss [Doc. #14] be GRANTED, and plaintiff's complaint be DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(2).

## NOTICE OF RIGHT TO OBJECT

Objections must be: (1) specific, (2) in writing, and (3) served within fourteen (14) days after being served with a copy of this report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 1(a), 6(b) and 72(b). A party's failure to object bars that party from: (1) entitlement to *de novo* review by a district judge; and (2) appellate review of the un-objected-to factual findings and legal conclusions accepted by the district court, except upon grounds of plain error.  *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 16th day of December, 2015.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**