UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHERYL SOILEAU ESTEP**                                                        **CIVIL ACTION**

**VERSUS**                                                                                         **NO. 15-3764**

**SOCIAL SECURITY ADMINISTRATION**                              **SECTION "F" (3)**

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion of Plaintiff to Voluntarily Dismiss [Doc. #14] is GRANTED and the plaintiff's complaint be and is hereby DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this  6th  day   January  , 2016.

_____
**UNITED STATES DISTRICT JUDGE**